Chey K. Powelson, OSB No. 035512
Powelson Law Office LLC
10121 SE Sunnyside Rd, Ste 300
Clackamas, Oregon 97015
ckpowelson@powelsonlawoffice.com
Phone: (503) 496 - 5187
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
(PORTLAND DIVISION)

| | |
|---|---|
| N. GENEVIEVE WU, individually,<br><br>Plaintiff,<br><br>v.<br><br>OREGON HEALTH & SCIENCE UNIVERSITY, a public corporation,<br><br>Defendant. | Case No. 3:22-cv-948-AR<br><br>PLAINTIFF'S NOTICE OF UNAVAILABILITY |

TO:  **Defendant**, through its counsel, Karen O'Kasey and Jason V. Cohen, Hart Wagner LLP, 1000 SW Broadway, Twentieth Fl, Portland, Oregon 97205

AND TO:  **Clerk of the Court**

Please take notice that Plaintiff's counsel will be unavailable from October 6, 2022, through October 13, 2022; and further anticipates being unavailable October 25, 2022, through October 28, 2022.

PLTF. NOTICE OF UNAVAILABILITY – Page 1
Case No. 3:22-cv-948-AR

**Powelson Law Office LLC**
10121 SE Sunnyside Rd, Ste 300
Clackamas, Oregon 97015
Phone: (503) 496-5187
www.powelsonlawoffice.com

Plaintiff respectfully requests that no depositions, motions, court hearings, conferences, or other matters be scheduled during those time periods, and for three (3) business days after the end of each period.

Signed October 5, 2022.

      s/ *Chey K. Powelson*
Chey K. Powelson, OSB No. 035512
Powelson Law Office LLC
10121 SE Sunnyside Rd, Ste 300
Clackamas, Oregon 97015
ckpowelson@powelsonlawoffice.com
Phone: (503) 496-5187
Attorney for Plaintiff

PLTF. NOTICE OF UNAVAILABILITY – Page 2
Case No. 3:22-cv-948-AR

**Powelson Law Office LLC**
10121 SE Sunnyside Rd, Ste 300
Clackamas, Oregon 97015
Phone: (503) 496-5187
www.powelsonlawoffice.com

CERTIFICATE OF SERVICE
*Wu v. Oregon Health & Science University*
Case No. 3:22-cv-948-AR

I hereby certify that on October 5, 2022, I electronically filed the foregoing *Plaintiff's Notice of Unavailability* with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following recipient(s)/registered CM/ECF user(s):

    Karen O'Kasey
    Jason V. Cohen
    HART WAGNER LLP
    1000 SW Broadway, Twentieth Floor
    Portland, Oregon 97205
    E-mail: kok@hartwagner.com
    E-mail: jvc@hartwagner.com
    Phone: (503) 222-4499
    Of Attorneys for Defendant

Signed October 5, 2022.

    _s/ Chey Powelson_____
    Chey K. Powelson
    Phone: (503) 496-5187
    Attorney for Plaintiff

PLTF. NOTICE OF UNAVAILABILITY – Page 3
Case No. 3:22-cv-948-AR

**Powelson Law Office LLC**
10121 SE Sunnyside Rd, Ste 300
Clackamas, Oregon 97015
Phone: (503) 496-5187
www.powelsonlawoffice.com